| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OFILIA RAMIREZ; THE ESTATE OF ROBERT RAMIREZ, SR., by its successor-in-interest, OFILIA RAMIREZ; ROBERT RAMIREZ, JR; PATRICIA AGUIRRE; SYLVIA ANN RAMIREZ, <br><br>Plaintiffs, <br><br>v. <br><br>HOOVER TREATED WOOD PRODUCTS, INC.; DOES 1 TO 50, INCLUSIVE, <br><br>Defendants. | **Case No.** 17-CV-01545-DAD-JLT <br><br>**[PROPOSED] ORDER RE STIPULATION FOR CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE** <br><br>(Doc. 10) |

TO ALL PARTIES AND COUNSEL OF RECORD:

Good cause appearing, the January 29, 2018 stipulation for continuance of Mandatory Scheduling Conference by and between Plaintiffs OFILIA RAMIREZ; THE ESTATE OF ROBERT RAMIREZ, SR., by its successor-in-interest, OFILIA RAMIREZ; ROBERT RAMIREZ, JR; PATRICIA AGUIRRE; SYLVIA ANN RAMIREZ, and Defendant HOOVER TREATED WOOD PRODUCTS, INC., is hereby entered as requested.

1

2956741v.1

1 | The mandatory scheduling conference is continued to April 20, 2018 at 9:00 a.m.

IT IS SO ORDERED.

    Dated: **January 29, 2018**           **/s/ Jennifer L. Thurston**
                                                        UNITED STATES MAGISTRATE JUDGE

2956741v.1