UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OFILIA RAMIREZ, et al., | **Case No.** 1:17-cv-01545 JLT |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING CONTINUANCE OF FACT DISCOVERY DEADLINE** |
| v. | |
| HOOVER TREATED WOOD PRODUCTS, INC., | **(Doc. 20)** |
| Defendant. | |

Based upon the stipulation of counsel and good cause appearing, the stipulation to extend the non-expert discovery deadline to January 10, 2019 is **GRANTED**. **No other modifications to the case schedule are authorized**.

IT IS SO ORDERED.

Dated: __**October 17, 2018**__      ___**/s/ Jennifer L. Thurston**___
                                                              UNITED STATES MAGISTRATE JUDGE