1 MATTHEW C. CLARK, ESQ.
STATE BAR NO. 218784
2 CHAD J. BOYLES, ESQ.
STATE BAR NO. 276508
3 CHAIN | COHN | STILES
4 1731 Chester Avenue
Bakersfield, CA 93301
5 Phone: (661) 323-4000
Fax: (661) 324-1352
6
7 Attorneys for Plaintiffs

SUPERIOR COURT OF CALIFORNIA, UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OFILIA RAMIREZ; THE ESTATE OF ROBERT RAMIREZ, SR., by its successor-in-interest, OFILIA RAMIREZ; ROBERT RAMIREZ, JR; PATRICIA AGUIRRE; SYLVIA ANN RAMIREZ,<br><br>Plaintiffs,<br><br>v.<br><br>HOOVER TREATED WOOD PRODUCTS, INC.; DOES 1 TO 50, INCLUSIVE,<br><br>Defendants. | CASE NO. 1:17-CV-01545-JLT<br><br>JOINT STIPULATION AND PROPOSED ORDER TO DISMISS CASE<br><br>(Doc. 22) |

///

///

///

///

///

///

# JOINT STIPULATION

COME NOW the parties jointly stipulate as follows:

The parties have achieved a written settlement agreement, which is now fully executed and binding. Pursuant to the parties' settlement agreement this action should be dismissed with prejudice pursuant to Rule 41 (a)(1 )(A)(ii) of the Federal Rules of Civil Procedure. Each party to bear their own costs and attorneys' fees.

DATED: January 3, 2019     CHAIN | COHN | STILES

/s/ Matthew C. Clark

MATTHEW C. CLARK, ESQ.
*Attorneys for Plaintiffs*

DATED: January 3, 2019     WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP

/s/ Ian I. Stewart

IAN I. STEWART, ESQ.
*Attorneys for Defendant*

# ORDER

IT IS SO ORDERED.

Dated: **January 4, 2019**     **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE